AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-FARGO, ND
'26 JAN 28 PM 4:13

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Demetrius Willie Jayvon Glenn, a/k/a Meech, a/k/a T, a/k/a Marcus | ) ) ) ) ) | Case No. 3:26-cr-20 |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Demetrius Willie Jayvon GLENN, a/k/a Meech, a/k/a T, a/k/a Marcus,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances

Date:   01/28/2026

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/28/26, and the person was arrested on *(date)* 1/30/26
at *(city and state)* Fargo, ND

Date: 1/30/26

Casey Uhler
*Arresting officer's signature*

Casey Uhler   Special Agent
*Printed name and title*