IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:26-cr-00020-PDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Peter D. Welte |
| v. | ) | Chief U.S. District Judge |
| | ) | |
| DEMETRIUS WILLIE JAYVON GLENN, a/k/a MEECH, a/k/a T, a/k/a MARCUS, | ) ) ) | MOTION TO WITHDRAW AS COUNSEL |
| | ) | |
| Defendant. | | |
| _____/ | | |

NOW COMES undersigned counsel, Sanford A. Schulman, admitted pro hac vice on behalf of Defendant DEMETRIUS WILLIE JAYVON GLENN, and respectfully moves this Honorable Court, pursuant to D.N.D. Gen. R. 1.3(F), for an Order permitting counsel to withdraw as counsel of record and for the appointment of substitute counsel to represent Mr. Glenn. In support of this Motion, counsel states as follows:

1. On March 30, 2026, this Court granted undersigned counsel's motion to appear pro hac vice on behalf of Mr. Glenn. (Doc. 22.) On April 2, 2026, the Court approved the substitution of undersigned counsel as counsel of record, and prior appointed counsel, Chris Snyder, was withdrawn. (Doc. 24.)  Defense counsel has been the attorney of record for

1

a little over 2 months for a case with extensive discovery and significant exposure that appear to be upwards of life in prison.

2.   Since entering his appearance, counsel has received and reviewed extensive discovery in this matter. The Government's Rule 16 production reviewed to date is voluminous, comprising approximately one thousand pages of investigative reports, recordings, search-warrant materials, financial records, cooperator proffers, and related evidence.

3.   The discovery in this matter is governed by a Stipulated Discovery Order and Protective Order entered by the Court. (Docs. 19, 25.) Counsel has at all times handled the discovery in accordance with that Order.

4.   To assist Mr. Glenn in understanding the nature of the charge and the evidence against him, counsel prepared a written discovery summary and analysis for Mr. Glenn.

5.    Counsel conducted at least two video conferences with Mr. Glenn at the facility where he is detained.

6.   Counsel engaged in plea negotiations with Assistant United States Attorney Matthew P. Kopp and conveyed to Mr. Glenn a formal plea offer extended by the Government. The proposed disposition reflected terms below the advisory Sentencing Guidelines range.

7.  On June 11, 2026, counsel prepared and filed six substantive pretrial motions on Mr. Glenn's behalf, including a motion for early disclosure of Jencks material, a motion for disclosure of Rule 404(b) evidence, a motion for a bill of particulars, a motion for disclosure of co-defendant and alleged co-conspirator statements, a motion in limine to limit evidence of multiple conspiracies, and a motion to suppress photographic identification with a request for a Wade hearing. (Docs. 26 through 31.)

8.  Counsel had further arranged to travel to meet with Mr. Glenn in person at the Minnesota facility where he is detained within the next ten days. Before that visit could occur, counsel was advised that Mr. Glenn sent Court a letter, ex parte and under seal.

9.  Mr. Glenn filed an ex parte motion requesting that undersigned counsel be removed and that the Court appoint counsel to represent him.

10.  Counsel does not oppose Mr. Glenn's request. In light of Mr. Glenn's expressed wishes, counsel submits that the attorney-client relationship can no longer continue effectively and that withdrawal is appropriate under D.N.D. Gen. R. 1.3(F).

11. Mr. Glenn was previously determined to qualify for court-appointed counsel under the Criminal Justice Act. (Docs. 7, 8.) Counsel respectfully submits that the appointment of substitute counsel under the Criminal Justice Act would protect Mr. Glenn's interests and serve the interests of justice.

12.   Should the Court determine that a hearing on this Motion, or on Mr. Glenn's ex parte motion, is necessary, counsel respectfully requests that the parties, including counsel and Mr. Glenn, be permitted to appear by video conference. Counsel's office is located in Detroit, Michigan, Mr. Glenn is detained in Minnesota, and the Court sits in Fargo, North Dakota.

WHEREFORE, undersigned counsel, SANFORD A. SCHULMAN, respectfully requests that this Honorable Court:

1.      **Grant this Motion** and permit counsel to withdraw as counsel of record for Defendant Demetrius Willie Jayvon Glenn;

2.      **Appoint substitute counsel** under the Criminal Justice Act to represent Mr. Glenn for the remainder of these proceedings;

3.      **Permit the parties to appear by video conference** should the Court set this matter for hearing; and

4.      **Grant such further relief** as the Court deems just and proper.

Respectfully submitted,


/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Admitted Pro Hac Vice
Federal Criminal Attorneys of Michigan
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
Telephone: (313) 963-4740
Email: saschulman@comcast.net
Counsel for Defendant Demetrius Willie
Jayvon Glenn

Date:  June 16, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2026, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including Matthew P. Kopp, Assistant United States Attorney, District of North Dakota, 655 First Avenue North, Suite 250, Fargo, North Dakota 58102.

Respectfully submitted,

<u>/s/ Sanford A. Schulman</u>
SANFORD A. SCHULMAN
Admitted Pro Hac Vice
Federal Criminal Attorneys of Michigan
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
Telephone: (313) 963-4740
Email: saschulman@comcast.net
Counsel for Defendant Demetrius Willie Jayvon Glenn

Date:  June 16, 2026